# Exhibit C

 

**CITY OF DURHAM**

October 31, 2019

Tony Scott
1005 Selby Ave.
Durham, NC 27713

Dear Mr. Scott:

The Durham Police Department has received and reviewed your complaint against the following employee, Police Officer M McGlasson. Your complaint was thoroughly investigated and reviewed pursuant to procedures and is concluded as follows:

The Department has concluded that the allegations against Michael B McGlasson for a violation of **GO 4004 Warrantless Search and Seizure** is Sustained. These findings are based on the information gathered during the investigation that determined

You may refer to the back of this letter for an explanation of this disposition.

Complainants not satisfied with the disposition of a Durham Police Department Internal Affairs investigation can request a hearing before the Civilian Police Review Board (see enclosed request form). The request must be made to the City Clerk's Office at (919) 560-4166 within 14 days of receiving this letter. The Civilian Police Review Board may or may not elect to have a hearing after an initial review of the case.

Thank you for your cooperation during this process.

Sincerely,

Captain M.K. Bond
Commander
Professional Standards Division